UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENALYN PETALVER

    Plaintiff(s),                                      No. 09-02848 MEJ

    v.                                           **NOTICE OF CONTINUANCE**

WELLS FARGO BANK

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that the hearing on Defendant's motion to dismiss, scheduled for August 13, 2009 at 10:00 a.m. has been continued to August 27, 2009 at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  The original briefing schedule shall not be affected by this continuance.

Dated:  July 27, 2009

                                                        _____
                                                         Brenda Tolbert, Courtroom Deputy to
                                                         Maria-Elena James,
                                                         Chief United States Magistrate Judge